# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                          **4:11-CR-00232-BRW**

**ANTHONY TYRONE DAVIS**                                                                      **DEFENDANT**

## ORDER

Counsel may cease and desist in respect to their research on the statement made by Arkansas State Trooper Briggs regarding the statement by Defendant to his brother regarding his brother's ownership of the gun -- and the fact that he testified that he had disclosed this to Ms. Gardner, which she denies.

Whether he failed to reveal this to Ms. Gardner, and I assume that he did not, I see it as a collateral matter, and will not permit counsel to attempt to impeach the witness on this ground.

I point out again, that the statement attributed to Defendant by the Trooper is entirely consistent with Defendant's position in the case.  Enough said.

IT IS SO ORDERED this 19th day of March, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE